UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REPORT ON OFFENDER UNDER SUPERVISION

Offender Name: Karen Rick                           Case Number: 04-CR-00790-01

Name of Sentencing Judicial Officer:   The Honorable James Knoll Gardner

Date of Sentence:      May 10, 2005

Original Offense:      Mail Fraud (Count Four), Wire Fraud (Count Eight), and Bank Fraud (Count Nine).

Original Sentence:     The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of 30 months to be followed by a 5 year term of supervised release.

Special Conditions:    1) The defendant was ordered to pay a special assessment in the amount of $300.00, due immediately; 2) The defendant was ordered to pay restitution in the amount of $15,335.83.00 to be paid in equal monthly installments of $100.00; 3) The defendant shall provide the probation officer with access to any requested financial information; 4) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 4) The defendant shall participate in a mental health treatment program which may include urine testing at the direction and discretion of the probation officer; and 5) The defendant shall provide the U.S. Probation Office with access to any requested personal and/or business financial information. The probation office is authorized to release pre-sentence and post-sentence financial information submitted by the defendant to the U.S. Attorney's Office for use in the collection of any unpaid fine or restitution. If restitution or a fine is owed, the defendant shall notify the U.S. Probation Office of any assets received and shall not disburse her interest in any assets, including, but not limited to, income tax refunds, inheritance, insurance and lawsuit settlements, or gambling winnings without the approval of the U.S. Probation Office.

Type of Supervision: Supervised Release               Date Supervision Commenced: July 13, 2007

## NONCOMPLIANCE SUMMARY

Nature of Noncompliance: The defendant has failed to make restitution payments in the amount of $100.00 in January, February, and March 2010. Ms. Rick is currently in default for a third time. The current balance of restitution is $16,185.83.

FOIA EXEMPT

RE:  Rick, Karen
Case No. 04-CR-00790-01
Page 2

Probation Officer's Action:  We are not recommending violative action at this time.  Ms. Rick visited the Reading Probation office on April 30, 2010, and submitted a $150.00 payment.  Additionally, the defendant again reported to the office on May 7, 2010 and submitted a $350.00 payment.  Ms. Rick was instructed and agreed to make two monthly payments beginning in June 2010 until she is no longer delinquent.  Ms. Rick will be required to report to the probation office on a monthly basis to assure the payments are received in a timely manner.  Should Ms. Rick miss future payments, we will notify the Court.

                                                 Respectfully submitted,

                                                 Daniel W. Blahusch
                                                 Chief U.S. Probation Officer

                                               James E. Dirzulaitis
                                               U.S. Probation Officer

JED/rmb

Approved by: Charles D. Donahue, Jr.
Supervising U.S. Probation Officer
Date: May 19, 2010

---

[X]   Probation Officer's recommended action is approved.
( )   Submit a Request for Modifying the Condition/Term of Supervision
( )   Submit a Request for Warrant or Summons
( )   Other

                                               James Knoll Gardner
                                               U.S. District Court Judge
                                               Date: May 22, 2010